No. 86, Misc. WHITE *v.* RAGEN, WARDEN. February 11, 1946. The motion for leave to file petition for writ of certiorari is denied.

No. 87, Misc. BAILEY *v.* PARKER, WARDEN; and

No. 88, Misc. HOUGHTON *v.* BENSON, ACTING WARDEN. February 11, 1946. The motions for leave to file petitions for writs of habeas corpus are denied.